Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaj@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A3 MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; RANCHO SAN RAFAEL TOWNHOMES, PHASE II HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 3:16-cv-00700-RCJ-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO 1) MOTION TO STAY PROCEEDINGS AND 2) MOTION FOR SUMMARY JUDGMENT** |

Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates (the "Trust"), Defendant Thunder Properties, Inc. ("Thunder Properties"), and Defendant Rancho San Rafael Townhomes, Phase II Homeowners Association (the "Association") by and through their respective undersigned counsel of record, hereby stipulate to an Order for a two-week extension of time to file a memorandum in opposition to both the Motion to Stay Proceedings [ECF No. 39], filed by Thunder

DMWEST #17583533 v2

1 Properties on March 11, 2018, as well as the Motion for Summary Judgment [ECF
2 No. 38], filed by the Trust on March 9, 2018 (together, the "Motions").

3 Counsel have requested the extension for additional time to oppose the
4 Motions due to unanticipated scheduling conflicts on the part of counsel for the
5 Trust. The original deadline for any opposition to the Motion to Stay Proceedings is
6 March 26, 2018. The proposed extended deadline is April 9, 2018. The original
7 deadline for any opposition to the Motion for Summary Judgment is March 30, 3018.
8 The proposed extended deadline is April 13, 2018.

9 This is the Parties' first request for extension of this deadline, is not intended
10 to cause any delay or prejudice any party, and should not effect, the Court's currently
11 scheduled hearing for the Motion to Stay on May 8, 2018 in Reno Courtroom 3. [ECF
12 No. 40.]

(*Remainder of Page Intentionally Left Blank*)

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #17583533 v2

However, the Parties agree to continue the hearing on the Motion to Stay Proceedings if the Court so chooses.

Dated: March 26, 2018.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    Justin A. Shiroff, Esq.
    Nevada Bar No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

ROGER P. CROTEAU & ASSOCIATES, LTD

By: /s/ Timothy E. Rhoda
    Roger P. Croteau, Esq.
    Nevada Bar No. 4958
    Timothy E. Rhoda, Esq.
    Nevada Bar No. 7878
    9120 West Post Road, Suite 100
    Las Vegas, Nevada 89148

*Attorneys for Defendant Thunder Properties, Inc.*

PERRY & WESTBROOK

By: /s/ Alan W. Westbrook
    Alan W. Westbrook, Esq.
    Nevada Bar No. 6167
    1701 W. Charleston Blvd., Suite 200
    Las Vegas, Nevada 89102

*Attorneys for Defendant Rancho San Rafael Townhomes, Phase II Homeowners Association*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2018

DMWEST #17583533 v2