Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaj@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A3 MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; RANCHO SAN RAFAEL TOWNHOMES, PHASE II HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 3:16-cv-00700-RCJ-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO MOTION FOR RECONSIDERAION** |

Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates (the "Trust") and Defendant Thunder Properties, Inc. ("Thunder Properties"), and through their respective undersigned counsel of record, hereby stipulate to an Order for a two-week extension of time to file a memorandum in opposition to the Motion for Reconsideration [ECF No. 55], filed by Thunder Properties on August 15, 2018 (the "Motion").

DMWEST #18036205 v1

1   Counsel have requested the extension for additional time to oppose the Motion
2   due to unanticipated scheduling conflicts on the part of counsel for the Trust. The
3   original deadline for any opposition to the Motion for Reconsideration is August 29,
4   2018. The proposed extended deadline is September 12, 2018.

5   This is the Parties' first request for extension of this deadline and is not
6   intended to cause any delay or prejudice any party.

*(Remainder of Page Intentionally Left Blank)*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #18036205 v1

However, the Parties agree to continue the hearing on the Motion to Stay Proceedings if the Court so chooses.

Dated: March 26, 2018.

| | |
|---|---|
| BALLARD SPAHR LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
| By: /s/ Justin A. Shiroff<br>   Joel E. Tasca, Esq.<br>   Nevada Bar No. 14124<br>   Justin A. Shiroff, Esq.<br>   Nevada Bar No. 12869<br>   1980 Festival Plaza Drive, Suite 900<br>   Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff* | By: /s/ Timothy E. Rhoda<br>   Roger P. Croteau, Esq.<br>   Nevada Bar No. 4958<br>   Timothy E. Rhoda, Esq.<br>   Nevada Bar No. 7878<br>   9120 West Post Road, Suite 100<br>   Las Vegas, Nevada 89148<br><br>*Attorneys for Defendant Thunder Properties, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _September 5, 2018_

3

DMWEST #18036205 v1