Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaj@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A3 MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; RANCHO SAN RAFAEL TOWNHOMES, PHASE II HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 3:16-cv-00700-RCJ-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO MOTION FOR RECONSIDERAION (SECOND REQUEST)** |

Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates (the "Trust") and Defendant Thunder Properties, Inc. ("Thunder Properties"), and through their respective undersigned counsel of record, hereby stipulate to an Order for a two-week extension of time to file a memorandum in opposition to the Motion for Reconsideration [ECF No. 55], filed by Thunder Properties on August 15, 2018 (the "Motion").

DMWEST #18063225 v1

Counsel have requested the extension for additional time to oppose the Motion due to unanticipated scheduling conflicts on the part of counsel for the Trust. The original deadline for any opposition to the Motion for Reconsideration was August 29, 2018. The current deadline is September 12, 2018. [*See* ECF No. 58.] The proposed extended deadline is September 26, 2018.

This is the Parties' second request for extension of this deadline and is not intended to cause any delay or prejudice any party.

Dated: September 12, 2018.

| BALLARD SPAHR LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
|---|---|
| By: /s/ Justin A. Shiroff<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Timothy E. Rhoda<br>Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy E. Rhoda, Esq.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Thunder Properties, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: This 28th day of September, 2018.