Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaj@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A3 MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; RANCHO SAN RAFAEL TOWNHOMES, PHASE II HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 3:16-cv-00700-RCJ-VPC<br><br>**STIPULATION AND ORDER TO STAY MOTION FOR RECONSIDERATION**<br><br>**(FOURTH REQUEST)** |

Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates (the "Trust") and Defendant Thunder Properties, Inc. ("Thunder Properties"), and through their respective undersigned counsel of record, hereby stipulate to an Order staying briefing on the Motion for Reconsideration [ECF No. 55], filed by Thunder Properties on August 15, 2018 (the "Motion") for at least thirty days from entry of this order.

Counsel have requested the stay because the parties are in active settlement

negotiations and anticipate that negotiations can be successful. The original deadline for any opposition to the Motion for Reconsideration was August 29, 2018. The current deadline is October 10, 2018. [*See* ECF No. 62.] The proposed extended deadline is at least November 9, 2018. This stay and/or extension of time shall not in any manner prejudice Defendant's right to appeal the judgment(s) entered herein to date.

This is the Parties' fourth request for extension of this deadline and is not intended to cause any delay or prejudice any party, but is instead intended to facilitate good faith settlement discussions between the parties.

Dated: October 10, 2018.

| BALLARD SPAHR LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
|---|---|
| By: /s/ Justin A. Shiroff<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Timothy E. Rhoda<br>Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy E. Rhoda, Esq.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Thunder Properties, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

DATED: This 6th day of November, 2018.

DMWEST #18147608 v1