Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tascaj@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A3 MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; RANCHO SAN RAFAEL TOWNHOMES, PHASE II HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 3:16-cv-00700-RCJ-VPC<br><br>**STIPULATION AND ORDER TO STAY MOTION FOR RECONSIDERATION**<br><br>**(FIFTH REQUEST)** |

Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates (the "Trust") and Defendant Thunder Properties, Inc. ("Thunder Properties"), and through their respective undersigned counsel of record, hereby stipulate to an Order staying briefing on the Motion for Reconsideration [ECF No. 55], filed by Thunder Properties on August 15, 2018 (the "Motion") for at least sixty days.

///

DMWEST #18260255 v1

Counsel have requested the stay because the parties are in active settlement negotiations, believe that the negotiations can be fruitful, and would prefer to focus time and resources on settlement rather than further litigation. The original deadline for any opposition to the Motion for Reconsideration was August 29, 2018. The current deadline is November 9, 2018.[1] [*See* ECF No. 64.] The proposed extended deadline is at least January 8, 2018. This stay and/or extension of time shall not in any manner prejudice Defendant's right to appeal the judgment(s) entered herein to date.

(*Remainder of Page Intentionally Left Blank*)

---

[1] Arguably the current deadline is December 6, 2018, because the Court's prior ruling staying briefing on the Motion for Reconsideration stayed the case for thirty days from the Court's order, and the order was signed and entered November 6, 2018. However, in the interest of caution the parties are assuming the current deadline is November 9, 2018, and requesting the Court continue the stay to allow further settlement discussions.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #18260255 v1

This is the Parties' fifth request for extension of this deadline and is not intended to cause any delay or prejudice any party, but is instead intended to facilitate good faith settlement discussions between the parties.

Dated: November 9, 2018.

| BALLARD SPAHR LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
|---|---|
| By: /s/ Justin A. Shiroff<br>　Joel E. Tasca, Esq.<br>　Nevada Bar No. 14124<br>　Justin A. Shiroff, Esq.<br>　Nevada Bar No. 12869<br>　1980 Festival Plaza Drive, Suite 900<br>　Las Vegas, Nevada 89135 | By: /s/ Timothy E. Rhoda<br>　Roger P. Croteau, Esq.<br>　Nevada Bar No. 4958<br>　Timothy E. Rhoda, Esq.<br>　Nevada Bar No. 7878<br>　9120 West Post Road, Suite 100<br>　Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Thunder Properties, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 9, 2018.

3

DMWEST #18260255 v1