1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Justin A. Shiroff, Esq.
   Nevada Bar No. 12869
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  shiroffj@ballardspahr.com

7  *Attorneys for Plaintiff U.S. Bank N.A., as
   Trustee on Behalf of the Holders of the
8  J.P. Morgan Alternative Loan Trust 2006-
   A3 Mortgage Pass-Through Certificates*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-A3 MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; RANCHO SAN RAFAEL TOWNHOMES, PHASE II HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 3:16-cv-00700-RCJ-VPC<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff U.S. Bank N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Alternative Loan Trust 2006-A3 Mortgage Pass-Through Certificates (the "Trust"), Defendant Thunder Properties, Inc. ("Thunder Properties"), and Defendant Rancho San Rafael Townhomes, Phase II Homeowners Association (the "Association") by and through their respective undersigned counsel of record, hereby stipulate as follows:

1.  This action concerns title to real property commonly known as 245

DMWEST #36224790 v1

1 Dawson Jacob Lane, Reno, Nevada 89506 (the "Property"), following a homeowner's
2 association foreclosure sale conducted on February 18, 2014 ("HOA Foreclosure
3 Sale"), with respect to the Property.

4     2.    As it relates to the Parties, a dispute arose regarding that the force and
5 effect of the HOA Foreclosure Sale upon a certain Deed of Trust recorded against the
6 Property in the Official Records of Washoe County, Nevada as Document Number
7 4149693 (the "Deed of Trust"), and in particular, whether the Deed of Trust
8 continues to encumber the Property.

9     3.    Trust and Thunder Properties have entered into a confidential
10 settlement agreement through which Trust has agreed to release its interest in
11 Property through the Deed of Trust and shall record a reconveyance of the Deed of
12 Trust in the Official Records of Washoe County, Nevada.

13     4.    The Parties to this Stipulation have agreed to release their respective
14 claims, and further agreed that the claims between them shall be DISMISSED with
15 prejudice;

16     5.    The Parties further do not dispute that pursuant to NRS 116.31164,
17 Trust is the proper recipient of any remaining funds held as excess proceeds by
18 Nevada Association Services, Inc. ("NAS") as a result of the foreclosure sale
19 referenced in the Trustee's Deed Upon Sale recorded on March 6, 2014, as Document
20 No. 4332261 ("Excess Proceeds"), and that NAS shall issue any Excess Proceeds to
21 Trust.

22     6.    The Parties further stipulate and agree that a copy of this Stipulation
23 and Order may be recorded with the Washoe County Recorder;

(*Remainder of Page Intentionally Left Blank*)

2

DMWEST #36224790 v1

7. Each party shall bear its own attorneys' fees and costs; and

8. Case No. 3:16-cv-00700-RCJ-VPC may be closed.

Dated: April 22, 2019.

| | |
|---|---|
| BALLARD SPAHR LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
| By: /s/ Justin A. Shiroff<br>    Joel E. Tasca, Esq.<br>    Nevada Bar No. 14124<br>    Justin A. Shiroff, Esq.<br>    Nevada Bar No. 12869<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135 | By: /s/ Timothy E. Rhoda<br>    Roger P. Croteau, Esq.<br>    Nevada Bar No. 4958<br>    Timothy E. Rhoda, Esq.<br>    Nevada Bar No. 7878<br>    9120 West Post Road, Suite 100<br>    Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Thunder Properties, Inc.* |

PERRY & WESTBROOK

By: /s/ Alan W. Westbrook
    Alan W. Westbrook, Esq.
    Nevada Bar No. 6167
    1701 W. Charleston Blvd., Suite 200
    Las Vegas, Nevada 89102

*Attorneys for Defendant Rancho San Rafael Townhomes, Phase II Homeowners Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: ⎯⎯ April 23, 2019 ⎯⎯

3

DMWEST #36224790 v1